UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24020-CIV-DPG

ALFONSO SANCHEZ,

       Plaintiff,

v.

MORRIS HATCHERY, INC.,
EDWARD G. MORRIS,

       Defendants.

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, MORRIS HATCHERY, INC. ("Morris Hatchery") and EDWARD G. MORRIS, respond to Plaintiff's Statement of Claim as follows:[1]

1. Plaintiff was properly exempted from the overtime requirements of the Fair Labor Standards Act ("FLSA") pursuant to the application of the agricultural exemption.

2. Any violation of the FLSA was non-willful and Plaintiff's claims based on any payments which occurred more than two (2) years before the filing of the Complaint are time barred.

3. Attached as Exhibit No. 1 is a chart of hours worked by Plaintiff.

4. Attached as Exhibit No. 2 are copies of Plaintiff's paystubs.

---

[1] The facts having not been fully developed, Defendants reserve their right to assert all defenses to Plaintiff's claims as discovery proceeds in this action.

Dated: January 16, 2018

                                  Respectfully submitted,

                                  GREENBERG TRAURIG, P.A.
                                  333 S.E. 2nd Avenue
                                  Suite 4400
                                  Miami Florida  33131
                                  Telephone: (305) 579-0516
                                  Facsimile:  (305) 579-0717
                                  Email: martinpa@gtlaw.com

                           By:    *s/ Patrick F. Martin*
                                     PATRICK F. MARTIN
                                     Florida Bar No. 998729

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                *s/ Patrick F. Martin*
                                                PATRICK F. MARTIN

2

Greenberg Traurig, P.A.  ■  333 S.E. 2nd Avenue, Suite 4400  ■  Miami, Florida 33131  ■  Tel 305.579.0500  ■  Fax 305.579.0717  ■  www.gtlaw.com

3

**SERVICE LIST**
*Alfonso Sanchez v. Morris Hatchery, Inc., et al.*
Case No. 17-cv-24020-DPG
United States District Court, Southern District of Florida

| | |
|---|---|
| **Neil Tobak** <br> ntobak.zidellpa@gmail.com <br> **Rivkah Fay Jaff** <br> Rivkah.Jaff@gmail.com <br> **Jamie H. Zidell** <br> zabogado@aol.com <br> J.H. ZIDELL, P.A. <br> 300 71st Street <br> Suite 605 <br> Miami Beach, Florida  33141 <br> Telephone: (305) 865-6766 <br> Facsimile:  (305) 865-7167 <br><br> *Counsel for Plaintiff, Alfonso Sanchez* | |

3

Greenberg Traurig, P.A.  ■  333 S.E. 2nd Avenue, Suite 4400  ■  Miami, Florida 33131  ■  Tel 305.579.0500  ■  Fax 305.579.0717  ■  www.gtlaw.com