UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CIV-24020-DPG

ALFONSO SANCHEZ,

        Plaintiff,

v.

MORRIS HATCHERY, INC.,
EDWARD G. MORRIS,

        Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED
PARTIES AND CORPORATE DISCLOSURE STATEMENT**

      Defendants, pursuant to this Court's Order Requiring Joint Scheduling Report and Proposed Scheduling Order and Directing Parties to file Certificates of Interested Parties and Corporate Disclosure Statements dated January 11, 2018 (D.E. 14, the "Order"), and Fed. R. Civ. P. 7.1, hereby files its Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

      1.     Morris Hatchery is a corporation organized and existing under the laws of the State of Florida, with its principal place of business in Florida.

      2.     Morris Hatchery is a non-governmental corporate party.

      3.     No publicly held corporation owns 10% or more of Morris Hatchery.

      4.     Further, to the extent of Morris Hatchery's knowledge and belief as of the date of this filing, formed after a reasonable and appropriate analysis and inquiry, the following persons or entities may have a financial interest in the outcome of this case:

      a.     Morris Hatchery, Inc.

b. Edward G. Morris, President of Morris Hatchery

c. Alfonso Sanchez, Plaintiff

d. Greenberg Traurig, P.A., Counsel for Defendants

e. Patrick F. Martin, Esq., Counsel for Defendants

f. J.H. Zidell, P.A., Counsel for Plaintiff

g. Jamie H. Zidell, Esq., Counsel for Plaintiff

h. Rivkah Fay Jaff, Esq., Counsel for Plaintiff

i. Neil Tobak, Esq., Counsel for Plaintiff

Respectfully submitted,

GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue
Suite 4400
Miami Florida  33131
Telephone: (305) 579-0516
Facsimile:  (305) 579-0717
Email: martinpa@gtlaw.com

By: ___*s/ Patrick F. Martin*___
       PATRICK F. MARTIN
       Florida Bar No. 998729

2

Greenberg Traurig, P.A.  ■  333 S.E. 2nd Avenue, Suite 4400  ■  Miami, Florida 33131  ■  Tel 305.579.0500  ■  Fax 305.579.0717  ■  www.gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Patrick F. Martin*
PATRICK F. MARTIN

Greenberg Traurig, P.A. ■ 333 S.E. 2nd Avenue, Suite 4400 ■ Miami, Florida 33131 ■ Tel 305.579.0500 ■ Fax 305.579.0717 ■ www.gtlaw.com

## SERVICE LIST
*Alfonso Sanchez v. Morris Hatchery, Inc., et al.*
Case No. 17-cv-24020-DPG
United States District Court, Southern District of Florida

| | |
|---|---|
| **Neil Tobak** <br> ntobak.zidellpa@gmail.com <br> **Rivkah Fay Jaff** <br> Rivkah.Jaff@gmail.com <br> **Jamie H. Zidell** <br> zabogado@aol.com <br> J.H. ZIDELL, P.A. <br> 300 71st Street <br> Suite 605 <br> Miami Beach, Florida  33141 <br> Telephone: (305) 865-6766 <br> Facsimile:  (305) 865-7167 <br><br> *Counsel for Plaintiff, Alfonso Sanchez* | |

Greenberg Traurig, P.A.  ■  333 S.E. 2nd Avenue, Suite 4400  ■  Miami, Florida 33131  ■  Tel 305.579.0500  ■  Fax 305.579.0717  ■  www.gtlaw.com