UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-24020-GAYLES/OTAZO-REYES

ALFONSO SANCHEZ and all others similarly
situated under 29 U.S.C. 216(b),

      Plaintiff,

v.

MORRIS HATCHERY, INC.,
EDWARD G. MORRIS,

      Defendants.
_____/

**NOTICE OF HEARING**

TO:   Neil Tobak, Esq.
       Rivkah Fay Jaff, Esq.
       Jamie H. Zidell, Esq.
       Attorneys for Plaintiff

PLEASE TAKE NOTICE that a hearing on Defendants' Motion for Extension of Time to Respond to Discovery Requests has been set before MAGISTRATE JUDGE ALICIA M. OTAZO-REYES for Tuesday the 27th of March, 2018[1] at 9:30 a.m. at C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th floor, Miami, Florida 33128, on the following:

1.    Defendants' Motion for Extension of Time to Respond to Plaintiff's Discovery Requests up to and including March 21, 2018.

---

[1] Defendants advised Magistrate Judge Otazo-Reyes' chambers of their Motion for Extension of Time to Respond to Discovery Requests, per her Discovery Procedures as set forth in the Court's Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [ECF. No. 21], on February 23, 2018.

Case No. 17-cv-24020-GAYLES/OTAZO-REYES

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3), Defendants have conferred with Plaintiff regarding the substance of this Motion in a good faith effort to resolve the issues and have been unable to do so.

Dated: February 28, 2018.

          Respectfully submitted,

          GREENBERG TRAURIG, P.A.
          333 S.E. 2nd Avenue, Suite 4400
          Miami Florida  33131
          Telephone: (305) 579-0726
          Facsimile:  (305) 579-0717

          By: *s/ Evelyn A. Cobos*
               PATRICK F. MARTIN
               Florida Bar No. 998729
               martinpa@gtlaw.com
               EVELYN A. COBOS
               Florida Bar No. 92310
               cobose@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          *s/ Evelyn A. Cobos*
          EVELYN A. COBOS

Case No. 17-cv-24020-GAYLES/OTAZO-REYES

**SERVICE LIST**
*Alfonso Sanchez v. Morris Hatchery, Inc., et al.*
Case No. 17-cv-24020-DPG
United States District Court, Southern District of Florida

| |  |
|---|---|
| **Neil Tobak**<br>ntobak.zidellpa@gmail.com<br>**Rivkah Fay Jaff**<br>Rivkah.Jaff@gmail.com<br>**Jamie H. Zidell**<br>zabogado@aol.com<br>J.H. ZIDELL, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida  33141<br>Telephone: (305) 865-6766<br>Facsimile:  (305) 865-7167<br><br>*Counsel for Plaintiff, Alfonso Sanchez* | |